# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRISTOPHER DEE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>Defendant. | Civil Action No. 1:24-cv-12289-BRM-PTM<br><br>District Judge Brandy R. McMillion<br><br>Magistrate Judge Patricia T. Morris |

## NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC

**NOTICE IS HEREBY GIVEN** that Plaintiff Christopher Dee Johnson and Defendant Trans Union LLC ("Trans Union"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution.  The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants.

//

1

Dated: May 8, 2025                     **CONSUMER JUSTICE LAW FIRM**

By: /s/*Tarek N. Chami*
Tarek N. Chami – MI# P76407
CONSUMER JUSTICE LAW FIRM
835 Mason St, Suite C349
Dearborn, MI 48124
T: (313) 447-0488
E: tchami@consumerjustice.com

*Attorneys for Plaintiff,*
*Christopher Dee Johnson*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Tarek Chami*

3