## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CHRISTOPHER DEE JOHNSON,

Plaintiff,

v.

TRANS UNION LLC,

Defendant.

Civil Action No. 1:24-cv-12289

District Judge Brandy R. McMillion

Magistrate Judge Patricia T. Morris

## <u>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC</u>

This matter having come before the Court upon the Parties' Stipulation of Dismissal with Prejudice as to Defendant Trans Union LLC, good cause being shown and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled matter is **DISMISSED WITH PREJUDICE** as to Defendant Trans Union LLC.

**This is a final Order that closes the case.**

**IT IS SO ORDERED.**

Dated: May 30, 2025

s/Brandy R. McMillion
HONORABLE BRANDY R. MCMILLION
UNITED STATES DISTRICT JUDGE